963 A.2d 900

**Frederick T. RAY, III, Appellant**

v.

**DEPARTMENT OF CORRECTIONS, Appellee.**

**No. 65 MAP 2008.**

Supreme Court of Pennsylvania.

Dec. 16, 2008.

## ORDER

PER CURIAM:

**AND NOW,** this 16th day of December, 2008, the above captioned appeal is quashed for failure to file a brief.